**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRANDON GIBSON,**

    *Plaintiff,*

**v.**                         **Case No: 8:20-cv-01961-VMC-CPT**

**FACTORTRUST, INC., et al.,**

    *Defendants.*

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.08, Plaintiff hereby provides notice that Plaintiff and the following defendants have reached settlements in this case:

- Niizhwaaswi, LLC,

- LDF Holdings, LLC,

- Jessi Lee Phillips Lorenzo,

- Creditserve, Inc.,

- Eric Welch,

- RBC Servicing, LLC,

- Skytrail Servicing Group LLC, and

- William C. Pruett

Upon completion of the terms of the settlements, Plaintiff will file the appropriate documents to dismiss the respective defendant(s) from this case with prejudice.

Nothing herein affects Plaintiff's claims against Defendants FactorTrust, Inc., FSST Financial, LLC, Flandreau Santee Sioux Tribe, The Iipay Nation of Santa Ysabel, Axis Advance, LLC, or Blue Dart Ventures, LLC.

Respectfully submitted on August 24, 2020.

/s/ *Bryan Geiger*
Bryan J. Geiger
Florida Bar # 119168
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
(813) 321-2348
bgeiger@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2020 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served on counsel of record via e-notice.

/s/ *Bryan J. Geiger*
Bryan J. Geiger, Esq.
FL Bar # 119168